IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Curlina Smith, <br><br> Plaintiff, <br><br> vs. <br><br> First Sun Management, Inc., <br><br> Defendant. | Civil Action No. 8:10-1384-RBH-KFM <br><br> **REPORT OF MAGISTRATE JUDGE** |

The plaintiff is proceeding in this action *pro se*. On June 7, 2010, the defendant filed a motion to dismiss. On June 7, 2010, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the plaintiff was advised of the summary dismissal procedure and the possible consequences if she failed to respond adequately. Despite this explanation, the plaintiff elected not to respond to the motion.

As the plaintiff is proceeding *pro se*, the court filed a second order on July 16, 2010, giving the plaintiff through August 9, 2010, to file her response to the motion to dismiss. The plaintiff was specifically advised that if she failed to respond, this action would be dismissed for failure to prosecute. The plaintiff elected not to respond.

Based on the foregoing, it appears the plaintiff no longer wishes to pursue this action. Accordingly, it is recommended that this action be dismissed for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *Ballard v. Carlson*, 882 F.2d 93 (4th Cir. 1989), *cert. denied*, 493 U.S. 1084 (1990).

August 12, 2010　　　　　　　　　　　　　s/Kevin F. McDonald
Greenville, South Carolina　　　　　　　　United States Magistrate Judge